UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL BUSH,

    Plaintiff,

v.

HEIDI WASHINGTON, *et al.*,

    Defendants.
_____/

Case No. 1:24-cv-947

Hon. Hala Y. Jarbou

**ORDER LIFTING STAY AND RE-OPENING CASE**

The Court stayed and administratively closed this case on January 27, 2025. *See* Order (ECF No. 15). At that time, all pending motions were terminated without decision.

The stay in this case is **LIFTED** and this case is **RE-OPENED**.

**IT IS SO ORDERED**.

Dated: May 29, 2025

/s/ Ray Kent
RAY KENT
United States Magistrate Judge