UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL BUSH,

    Plaintiff,

v.

HEIDI WASHINGTON, et al.,

    Defendants.

_____/

Case No. 1:24-cv-947

Hon. Hala Y. Jarbou

## ORDER

On January 5, 2026, the magistrate judge issued a Report and Recommendation (R&R) (ECF No. 33) that the Court grant two pending motions for summary judgment filed by Defendants (ECF Nos. 25, 29) and dismiss this lawsuit. No parties have filed objections to the R&R, and the deadline for doing so has passed. The Court has reviewed the R&R and determined that it makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 33) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS ORDERED** that Defendants Bonn, Bookie, Brokaw, Davids, Dunigan, Luther, Maranka, Norton, Smith, and Washington's motion for summary judgment (ECF No. 25) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants Saad and Shafer's motion for summary judgment (ECF No. 29) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against all Defendants are **DISMISSED**.

The Court will enter a judgment consistent with this Order.

Dated: February 3, 2026                                          /s/ Hala Y. Jarbou
                                                                 HALA Y. JARBOU
                                                                 CHIEF UNITED STATES DISTRICT JUDGE

2